UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK A. PENDLETON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-1884 (JDB) |
| | ) |
| PETER KEISLER, | ) |
| Acting Attorney General | ) |
| U.S. Department of Justice | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PRAECIPE**

Defendant respectfully requests that the Clerk of the Court enter the appearance of Assistant United States Attorney Benton G. Peterson.

Respectfully submitted,

_____/s/_____
Benton G. Peterson, Bar No. 1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7238
Benton.Peterson@usdoj.gov