UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK A. PENDLETON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-1884 (JDB) |
| | ) |
| PETER KEISLER, | ) |
| Acting Attorney General | ) |
| U.S. Department of Justice | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S CONSENT MOTION TO ENLARGE THE TIME TO RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), Defendant, through counsel, respectfully requests that the Court enlarge the time to respond to plaintiff's complaint to January 14, 2008. In support of this motion, Defendant respectfully states as follows:

Defendant has made diligent efforts to coordinate the preparation of the response to plaintiff's complaint in accordance with the deadlines provided by the local rules. However, due to the unexpected delays attendant to preparation for oral argument before the Court of Appeals and an emergency evidentiary hearing in another matter that requires preparation of witnesses and demonstrative and physical evidence, the undersigned has not been able to coordinate the completion and filing of the response to plaintiff's complaint. Additionally, counsel for Defendant has pre-existing travel arrangements for the impending holidays. As such, Defendant needs a brief enlargement of time to complete its submission. In accordance with Local Rule 7(m), undersigned has consulted Counsel for Plaintiff, and discussed the relief sought herein.

Counsel has consented to the relief.

Wherefore, Defendant respectfully requests that the Court enlarge the time for Defendant to respond to January 14, 2008.

Respectfully Submitted,

_____
JEFFREY A. TAYLOR, BAR # 498610
United States Attorney

_____
RUDOLPH  CONTRERAS, Bar # 434122
Assistant United States Attorney

_____/s_____
BENTON G. PETERSON,  Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. Civil Division
Washington, D.C.  20530
(202) 514-7238 514-8780 (Facsimile)
 Benton.Peterson@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK A. PENDLETON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-1884 (JDB) |
| | ) |
| PETER KEISLER, | ) |
| Acting Attorney General | ) |
| U.S. Department of Justice | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

UPON CONSIDERATION of the Defendant's Consent Motion to Extend Deadlines to File Response, it is this _____ day of _____, 200__ hereby

ORDERED, that the Consent Motion is granted, it is further

ORDERED, that Defendant's response to Plaintiff's Complaint is due by January 14, 2008.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK A. PENDLETON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-1884 (JDB) |
| | ) |
| PETER KEISLER, | ) |
| Acting Attorney General | ) |
| U.S. Department of Justice | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

UPON CONSIDERATION of the Defendant's Consent Motion to Extend Deadlines to File Response, it is this _____ day of _____, 200__ hereby

ORDERED, that the Consent Motion is granted, it is further

ORDERED, that Defendant's response to Plaintiff's Complaint is due by January 14, 2008.

_____
UNITED STATES DISTRICT JUDGE