UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK A. PENDLETON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL MUKASEY, )<br>  Attorney General, )<br>  U.S. Department of Justice, )<br>)<br>Defendant. )<br>⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯) | Civ. Action No. 07-1884 (JDB) |

**PLAINTIFF'S CONSENT MOTION TO ENLARGE TIME
TO OPPOSE DEFENDANT'S MOTION TO DISMISS OR ALTERNATIVELY,
TO TRANSFER TO THE EASTERN DISTRICT OF VIRGINIA**

Plaintiff, Mark A. Pendleton, respectfully moves the Court, pursuant to F. R. Civ. P. 6(b), to enlarge the time for plaintiff to file his opposition to Defendant's Motion to Dismiss or Alternatively, to Transfer to the Eastern District of Virginia, by two weeks, from February 5 to February 19, 2008.  This is plaintiff's first request for an enlargement of time in this case.

Counsel for defendant has been advised of this Motion and has stated that defendant has no objection to it.

The grounds in support of this Motion are as follows:

1.) After seeking and receiving an extension of time to respond to the Complaint in this case, defendant filed its Answer on January 14, 2008.  It subsequently filed a Motion to Dismiss or Alternatively, to Transfer to the Eastern District of Virginia on January 22, 2008.  Under the current schedule, plaintiff's opposition is due on February 5, 2008.

1

2.)     Robert C. Seldon, Esq., the lead counsel in this case, is currently in trial in the U.S. District Court for the District of Columbia in the case of Howard v. District of Columbia Public Schools, C.A. No. 04-2082 (D.D.C.) (PLF), which began on January 25, 2008 and is not scheduled to conclude until January 31, 2008.

3.)     Junior counsel on this case, Molly E. Buie, Esq., is responsible for handling many of the other litigation responsibilities of the firm of counsel for plaintiff during the trial, including drafting a dispositive motion in Uzlyan v. Chao, EEOC No. 570-2007-005944X, due February 6, 2008; drafting an administrative appeal of a denial of reasonable accommodation in the same case, also due on February 6; participating in the administrative EEO investigation in Schmidt v. Chao, (Complaint Nos. CRC 07-11-059 and CRC 07-11-001); and drafting a district court complaint in another matter. Additionally, counsel for plaintiff have pretrial submissions due in Elion v. Jackson, C. A. No. 05-992 (D.D.C.) (PLF) on February 15, 2008.

4.)     In light of these responsibilities, plaintiff will need an additional two weeks to oppose the government's Motion to Dismiss or Alternatively, to Transfer to the Eastern District of Virginia.

WHEREFORE, plaintiff respectfully moves the Court to extend the due date for his opposition from February 6, to February 19, 2008.

Respectfully submitted,

_____/s/_____
Robert C. Seldon, Esq.
D.C. Bar No. 245100

2

                      /s/
Molly E. Buie, Esq.
 D.C. Bar No. 483767

Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 200
Washington, D.C. 20004
Telephone: (202) 393-8200
Facsimile: (202) 318-2287

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK A. PENDLETON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 07-1884 (JDB) |
| ) | |
| MICHAEL MUKASEY, ) | |
| Attorney General, ) | |
| U.S. Department of Justice, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Upon consideration of the Plaintiff's Consent Motion to Enlarge Time to Oppose Defendant's Motion to Dismiss or Alternatively, to Transfer to the Eastern District of Virginia, and the entire record in this case, it is hereby ORDERED that the Motion be, and the same hereby is, GRANTED.

FURTHER ORDERED that plaintiff's opposition shall be filed by February 19, 2008.

SO ORDERED.

Date: _____

_____
United States District Court Judge