UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK A. PENDLETON,

    Plaintiff,

        v.                        Civil Action No. 07-1884 (JDB)

MICHAEL MUKASEY,
    Attorney General,

    Defendant.

## INITIAL SCHEDULING ORDER

Pursuant to the conference with the Court on February 11, 2008, and the Joint Rule 16.3 Report, it is hereby **ORDERED** as follows:

1. Discovery shall commence on May 1, 2008, and shall be concluded by September 30, 2008.

2. The parties will be limited to ten (10) depositions per side and twenty-five (25) interrogatories per side, including discrete subparts. In all other respects, the parties shall be bound by the limits on discovery set forth in the Federal Rules of Civil Procedure.

3. Required disclosures under Fed. R. Civ. P. 26(a)(1) shall be completed by March 28, 2008.

4. Dispositive motions, if any, shall be filed by the parties by November 28, 2008;

oppositions shall be filed by January 13, 2009; and replies, if any, shall be filed by January 28, 2009.

>                          /s/
>                    John D. Bates
>              United States District Judge

Date:  February 12, 2008