# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK A. PENDLETON,** | |
| **Plaintiff,** | |
| **v.** | Civil Action No.  07-1884 (JDB) |
| **MICHAEL MUKASEY,**<br>**Attorney General,** | |
| **Defendant.** | |

## ORDER

Upon consideration of [7] defendant's motion to dismiss, or alternatively, to transfer to the Eastern District of Virginia, the parties' memoranda, the applicable law, and the entire record, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that [7] defendant's motion is **DENIED**.

**SO ORDERED**.

_____
/s/
John D. Bates
United States District Judge

Date: May 13, 2008